**STATE of Missouri, Respondent,**

v.

**Samuel F. IRVIN, Appellant.**

**Samuel F. IRVIN, Respondent,**

v.

**STATE of Missouri, Appellant.**

**No. WD 47517.**

Missouri Court of Appeals, Western District.

April 4, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michelle A. Freund, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM:

Irvin, was found guilty of murder in the second degree, § 565.021.1, RSMo 1986, and sentenced to twenty years imprisonment. He appeals the conviction and denial of his Rule 29.15 motion. The judgment of conviction and the judgment denying post-convic-

tion relief are affirmed. Rule 30.25(b) and Rule 84.16(b).